UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **CATFISH FARMERS OF AMERICA,** *et al.*, <br><br> Plaintiff/Defendant-Intervenor, <br><br> and, <br><br> **CAN THO IMPORT EXPORT SEAFOOD JOINT STOCK COMPANY,** <br><br> Consol. Plaintiff/Defendant-Intervenor, <br><br> v. <br><br> **UNITED STATES,** <br><br> Defendant. | Before: Hon. Stephen Alexander Vaden, Judge <br><br> Consol. Court No. 24-00082 |

**PLAINTIFF'S CONSENT MOTION TO SEVER AND DISMISS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, Can Tho Import Export Seafood Joint Stock Company ("CASEAMEX"), Consolidated Plaintiff in this action, respectfully moves this court for an order severing and dismissing it as a consolidated plaintiff to *Catfish Farmers of America, et al., v. United States*, Ct. No. 24-00082. CASEAMEX is seeking to dismiss its own underlying appeal in *Can Tho Import Export Seafood Joint Stock Company v. United States*, Ct. No. 24-00080.

.       Accordingly, CASEAMEX respectfully requests that this court take the following steps to facilitate dismissal of its appeal by first severing CASEAMEX from *Catfish Farmers of America, et al., v. United States*, Ct. No. 24-00082 and second, dismissing its underlying appeal *Can Tho Import Export Seafood Joint Stock Company v. United States*, Ct. No. 24-00080.  We have attached to this motion a stipulation of dismissal (*i.e.,* Form 8) that we intend to file separately in our own underlying appeal (Ct. No. 24-00080) once the Court grants this

motion to sever and dismiss.

Pursuant to the rules of this Court, CASEAMEX conferred with and obtained consent for this motion and the attached stipulation of dismissal from all parties in these actions. Specifically, on October 9, 2024, Kara Westercamp, counsel for Defendant United States and Maureen Thorson, counsel for Plaintiff/Defendant-Intervenor Catfish Farmers of America, *et al*, consented to this motion and stipulation.

As there is no separate injunction in CASEAMEX's appeal (Ct. No. 24-00080), the Court need not take any additional action other than severing and dismissing that appeal.

WHEREFORE, Consolidated Plaintiff CASEAMEX respectfully requests that its motion be granted and that it be severed and dismissed as a plaintiff to these consolidated actions. CASEAMEX will continue to participate as Defendant-Intervenor in *Catfish Farmers of America, et al., v. United States*, Court No. 24-00082.

Respectfully submitted,

*/s/ Robert L. LaFrankie*
Robert L. LaFrankie, Esq.

**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 628-2868

*Counsel to Plaintiff/Defendant-Intervenor Can Tho Import Export Seafood Joint Stock Company*

Dated: October 10, 2024

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **CATFISH FARMERS OF AMERICA,** *et al.*, <br><br> Plaintiff/Defendant-Intervenor, <br><br> and, <br><br> **CAN THO IMPORT EXPORT SEAFOOD JOINT STOCK COMPANY,** <br><br> Consol. Plaintiff/Defendant-Intervenor, <br><br> v. <br><br> **UNITED STATES,** <br><br> Defendant. | Before: Hon. Stephen Alexander Vaden, Judge <br><br> Consol. Court No. 24-00082 |

**PROPOSED ORDER**

Upon consideration of Consolidated Plaintiff's motion to sever and dismiss in the above-captioned action, and upon all other papers and proceedings herein, it is hereby

**ORDERED** that Consolidated Plaintiff CASEAMEX's motion be granted; it is further

**ORDERED** that *Can Tho Import Export Seafood Joint Stock Company v. United States*, Court No. 24-00080 be severed from *Catfish Farmers of America, et al., v. United States*, Court No. 24-00082 and

*Can Tho Import Export Seafood Joint Stock Company. v. United States*, No. 24-00080, be dismissed.

**SO ORDERED.**

Dated:_____          _____
New York, New York                                            Stephen A. Vaden, Judge

2