**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE STEPHEN ALEXANDER VADEN, JUDGE**

---

| | |
|---|---|
| CAN THO IMPORT EXPORT SEAFOOD JOINT STOCK COMPANY,<br><br>     Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>     Defendant,<br><br>  and,<br><br>CATFISH FARMERS OF AMERICA, *et al.*,<br><br>     Defendant-Intervenors. | Court No. 24-00080 |

**STIPULATION OF DISMISSAL**

  PLEASE TAKE NOTICE that plaintiffs, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismiss this action and those listed on the attached schedule.

Dated: October 10, 2024

                */s/ Robert L. LaFrankie*
                CROWELL & MORING LLP
                1001 Pennsylvania Avenue,
                N.W. Washington, DC  20004
                Tel: (202) 624-2902
                Fax: (202) 628-5116
                Email: rlafrankie@crowell.com
                Attorney for Plaintiff

| | |
|---|---|
| OF COUNSEL:<br><br>Kenneth Garrett Kays<br>Attorney<br>Office of the Chief Counsel<br>for Trade Enforcement and<br>Compliance U.S. Department of<br>Commerce | Brian M. Boynton<br>Principal Deputy Assistant Attorney General<br><br>Patricia M. McCarthy<br>Director<br><br>*/s/ Reginald T. Blades, Jr.*<br>Reginald T. Blades, Jr.<br>Assistant Director<br><br>*/s/ Kara M. Westercamp*<br>Kara M. Westercamp<br>Trial Attorney<br>Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>PO Box 480, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 305-2034<br>Fax: (202) 514-8624<br>E-mail: Kara.M.Westercamp@usdoj.gov<br><br>Attorneys for Defendant United States<br><br>*/s/ Nazak Nikakhtar*<br>Nazak Nikakhtar, Esq.<br>Maureen E. Thorson, Esq.<br>Stephanie M. Bell, Esq.<br>Wiley Rein, LLP<br>2050 M Street, NW<br>Washington, DC 20036<br>Tel: (202) 719-7000<br>Email: nnikakhtar@wiley.law<br><br>Attorneys for Defendant-Intervenors |

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 24-00080 | Can Tho Import Export Seafood Joint Stock Company |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

                              Clerk, U. S. Court of International Trade

                              By: _____

                                            Deputy Clerk