## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CATFISH FARMERS OF AMERICA, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br>               Defendant,<br><br>    and<br><br>CAN THO IMPORT EXPORT SEAFOOD JOINT STOCK COMPANY,<br><br>                Defendant-Intervenor. | **Court No. 24-00082** |

## ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Stephen Alexander Vaden, is hereby reassigned to the Honorable Timothy C. Stanceu.

Dated at New York, New York, this 7th day of July, 2025.

                                                                  /s/ Mark A. Barnett
                                                                    Mark A. Barnett
                                                                    Chief Judge