**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE**

|  |  |  |
|---|---|---|
| CATFISH FARMERS OF AMERICA, *et al.*, | ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Court No. 24-00082 |
| UNITED STATES, | ) ) ) |  |
| Defendant, | ) ) |  |
| and | ) ) |  |
| CAN THO IMPORT EXPORT SEAFOOD JOINT STOCK COMPANY, | ) ) ) |  |
| Defendant-Intervenor. | ) ) ) |  |

**ORDER**

Upon consideration of the Department of Commerce's final results of redetermination pursuant to Court remand, dated April 15, 2026, ECF Nos. 54, 55, the record of this proceeding, and all other pertinent papers, it is hereby

**ORDERED** that the final results to redetermination pursuant to Court remand are sustained; and it is further

**ORDERED** that judgment shall issue for the United States.

Dated:_____
      New York, NY                                     TIMOTHY C. STANCEU, JUDGE

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE**

| | | |
|---|---|---|
| CATFISH FARMERS OF AMERICA, *et al.*, | ) | |
| Plaintiff, | ) | |
| v. | ) | Court No. 24-00082 |
| UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| CAN THO IMPORT EXPORT SEAFOOD JOINT STOCK COMPANY, | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S REQUEST TO SUSTAIN REMAND RESULTS**

Defendant, the United States, respectfully requests that the Court sustain the Department of Commerce's remand results and enter judgment in favor of the United States.  *See* Final Results of Remand Redetermination (April 15, 2026) (Remand Results), ECF Nos. 54, 55.  Commerce has fully complied with the Court's remand order in this case.  *See* Opinion and Order, ECF No. 48.  Specifically, consistent with the Court's remand order, Commerce, under respectful protest, accepted the ministerial error allegation as directed and revised the dumping margin calculated for mandatory respondent Can Tho Import Export Seafood Joint Stock Company for the 2021-2022 administrative review.[1]  *See* Remand Results at 20-21.  Further, Commerce applied this revised rate to the four companies receiving separate rates in this

---

[1] *See Certain Frozen Fish Fillets from the Socialist Republic of Vietnam: Final Results and Partial Rescission of Administrative Review; 2021-2022*, 89 Fed. Reg. 18595 (March 14, 2024) (*Final Results*), and accompanying Issues and Decision Memorandum.

1

administrative review:  Cafatex Corporation; Hung Vuong Corporation; International

Development and Investment Corporation; and Loc Kim Chi Seafood Joint Stock Company.  *Id.*

at 35-36.

No party has filed comments on the remand results.  Because no party contests

Commerce's remand results, we respectfully request that the Court sustain Commerce's remand

results and enter final judgment in favor of the United States.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

REGINALD T. BLADES, JR.
Assistant Director

OF COUNSEL:
Elliott Brewer
Staff Attorney
U.S. Department of Commerce
Office of the Chief Counsel For Trade
    Enforcement and Compliance
1401 Constitution Avenue, NW
Washington, D.C. 20230
Tel: (202) 853-0930
Email:  elliott.brewer@trade.gov

Justin Merhar
Staff Attorney
U.S. Department of Commerce
Office of the Chief Counsel For Trade
    Enforcement and Compliance
1401 Constitution Avenue, NW
Washington, D.C. 20230
Tel: (240) 956-8573
Email:  justin.merhar@trade.gov

/s/ Collin T. Mathias
COLLIN T. MATHIAS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington D.C. 20044
Tel: (202) 307-0315
Fax: (202) 514-7965
Email: collin.t.mathias@usdoj.gov

Dated: June 2, 2026

Attorneys for Defendant

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the word limitation in Court of International Trade Standard Chambers Procedures § 2(B)(1), and contains approximately 213 words, excluding the parts of the brief exempted from the word limitation.  In preparing this certificate of compliance, I have relied upon the word count function of the word processing system used to prepare the brief.

/s/ Collin T. Mathias

1