**Slip Op. 26-103**
**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **CATFISH FARMERS OF AMERICA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES,**<br><br>Defendant,<br><br>and<br><br>**CAN THO IMPORT EXPORT SEAFOOD JOINT STOCK COMPANY,**<br><br>Defendant-Intervenor. | **Before: Timothy C. Stanceu, Judge**<br><br>**Court No. 24-00082** |

**JUDGMENT**

Before the court are the Final Results of Redetermination pursuant to Court Remand (Apr. 15, 2026), ECF Nos. 54 (public), 55 (conf.) (the "Remand Redetermination"). No party has commented in opposition to the Remand Redetermination as it pertains to this case, and defendant United States advocates, accordingly, that it be sustained by the court in that respect. Def.'s Req. to Sustain Remand Results (June 2, 2026), ECF No. 58.

The court concludes that the Remand Redetermination, as it pertains to this case, complies with the court's order in *Catfish Farmers of Am. v. United States,* 49 CIT __, 815

Fed. Supp. 3d 1339 (2025), in particular in stating that "[w]e agree that the allegation identified an error that was ministerial in nature." Remand Redetermination 20-21.

Therefore, in consideration of the Remand Redetermination and all papers and proceedings had herein, it is hereby

**ORDERED** that the Remand Redetermination be, and hereby is, sustained as it pertains to this action; and it is further

**ORDERED** that entries affected by this action shall be liquidated in accordance with the final court decision in this litigation.

/s/ Timothy C. Stanceu
Timothy C. Stanceu
Judge

Dated: September 4, 2026
New York, New York